## Commonwealth *v.* Reed, Appellant.

Submitted March 15, 1971. *Harris S. Pasline, Donald B. Corriere,* and *Haber and Corriere,* for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.